## Commonwealth *v.* Montrom, Appellant.

Submitted December 3, 1974. *Wallace C. Worth, Jr., Jeffrey R. Dimmich,* and *Worth & O'Hara,* for appellant; *Dean L. Foote,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Morris, Appellant.

Submitted June 9, 1975. *Manuel Grife,* and *Gever and Grife,* for appellant; *Suzanne Balen Ercole, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.